Argued and submitted October 13, affirmed as modified
and remanded November 10, 1980

In the Matter of the Marriage of

BELKNAP,
*Respondent-Cross-Appellant,*
*and*
BELKNAP,
*Appellant-Cross-Respondent.*

(No. D7906-64760, CA 17117)

618 P2d 1003

Paul D. Schultz, Oregon City, argued the cause for appellant-cross-respondent. With him on the brief was Hibbard, Caldwell, Canning, Bowerman & Schultz, Oregon City.

Francis E. Harrington, Portland, argued the cause for respondent. With him on the brief was Harrington, Anderson & DeBlasio, Portland.

Before Joseph, Presiding Judge, and Warden and Warren, Judges.

PER CURIAM

**PER CURIAM**

Both parties to this dissolution proceeding have appealed. We find no reason to change the trial court's decree except in one respect: The trial court awarded wife $200 per month spousal support for nine months, but it is urged by the husband and conceded by the wife that there was no evidence presented of any need for spousal support. That part of the decree, therefore, is stricken. *Ward v. Ward,* 41 Or App 447, 453, 599 P2d 1151 (1979).

Affirmed as modified and remanded; no costs to either party.